IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

IN RE:                                          CHAPTER 13

BRAD ANDREW PLEMONS                  CASE NO. 08-12897 NLJ

      Debtor(s).

DISMISSED PRIOR TO CONFIRMATION
_____
NOTICE OF TURNOVER OF UNCLAIMED FUNDS
_____

    THE CHAPTER 13 TRUSTEE REPORTS THAT DISBURSEMENT CHECKS HAVE BEEN ISSUED AND MAILED TO CREDITORS AT THEIR LAST KNOWN ADDRESSES. THE FOLLOWING CHECKS HAVE NOT BEEN PRESENTED WITHIN THE PRESCRIBED TIME LIMIT (90 DAYS). ACCOMPANYING THIS NOTICE IS A CHECK PAYABLE TO THE CLERK OF THE COURT IN A CORRESPONDING AMOUNT, IN ACCORDANCE WITH 11 U.S.C. SECTION 347(a) AND 3011.

| DATE | CHECK NO. | PAYEE | ADDRESS | AMOUNT |
|---|---|---|---|---|
| 12/04/2008 | 030373 | BRAD PLEMONS | PO BOX 161<br>CHICKASHA, OK 73023 | $ 34.35 |
| 12/16/2008 | 030433 | BRAD PLEMONS | PO BOX 161<br>CHICKASHA, OK 73023 | $ 14.11 |
| 08/14/2009 | 031073 | BRAD PLEMONS | PO BOX 161<br>CHICKASHA, OK 73023 | $ 90.94 |

DATED: 09/14/2009

                                      /s/ John Hardeman
                                      _____
                                      CHAPTER 13 TRUSTEE
                                      P.O. BOX 1948
                                      OKLAHOMA CITY, OK 73101
                                      (405)236-4843

                                                    #334/LB